AO 245D (Rev. 9/00) - Judgment in a Criminal Case for Revocation

# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JESUS SAUCE-RAMIREZ<br>AKA JESUS SAUCE-GARCIA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-11-00613-001 LHK<br>BOP Case Number: DCAN511CR000613-001<br>USM Number:     Unknown<br>Defendant's Attorney :Lara Vinnard, AFPD |

**THE DEFENDANT:**

[x]    admitted guilt to violation of condition(s) <u>that he not commit another federal, state or local crime</u> of the term of supervision.
[ ]    was found in violation of condition(s) ___ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 18USC§3583 | Violation of Supervised Release | 1/2/11 |

    The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has not violated condition(s) remaining and is discharged as to such violation(s) condition.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:   unknown

Defendant's Date of Birth:   unknown

Defendant's USM No.:   unknown

Defendant's Residence Address:
in custody

Defendant's Mailing Address:

9/21/2011
Date of Imposition of Judgment

*Lucy H. Koh* (signature)
Signature of Judicial Officer

Honorable Lucy H. Koh, U. S. District Judge
Name & Title of Judicial Officer

9/26/11
Date

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 6 months and 1 day.

To be served consecutively with sentence imposed this date in CR11-00098-01 LHK

[x] The Court makes the following recommendations to the Bureau of Prisons:
that defendant be housed in a facility with a literacy program.

[x] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] at ___ [] am [] pm on ___.
    [ ] as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2:00 pm on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy United States Marshal